UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-3623 FMO (JPRx) | Date | August 2, 2018 |
|---|---|---|---|
| Title | Carmen John Perri v. Casa Rio's Restaurant, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | Maria Bustillos |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Present for Defendants: |
| Craig G. Cote | Livi Marcela Munoz, Pro Se w/ Spanish Interpreter Gloria Colazo |

**Proceedings:** Application for Default Judgment by Court as to Casa Rio's Restaurant and Leon E. Valdry, Sole Trustee, or His Successors in Trust, Under the Leon Valdry Trust [16]

Plaintiff's Application for Default Judgment **(Document No. 16)** is **granted in part** and **denied in part**. The Application is denied without prejudice as to defendant Casa Rio's Restaurant. No later than **September 4, 2018**, defendant Casa Rio's Restaurant shall file its answer to the complaint. In the event defendant Casa Rio's Restaurant does not file its answer by the deadline set forth above, plaintiff may renew his application for default judgment.

The Application is tentatively granted as to Leon E. Valdry. Plaintiff's counsel shall, if necessary, advise the court as to the status of any settlements with any other defendants and request the issuance, if necessary, of the order relating to defendant Leon E. Valdry.

The court advises defendant Casa Rio's Restaurant to retain an attorney(s) and/or to seek guidance from the court's Pro Se Clinic at the Roybal Federal Building at 255 E. Temple Street, Suite 170, Los Angeles.

IT IS SO ORDERED.

|  | 00 | : | 13 |
|---|---|---|---|
| Initials of Preparer | | | vdr |