| | |
|---|---|
| Name: LEON E. VALDRY, Trustee | 2018 AUG 31 PM 4:12 |
| Address: THE LEON VALDRY TRUST dated 11-10-04 9141 So. Figueroa | COURT CENTRAL DIST. OF CALIF. LOS ANGELES |
| Phone: Los ANgeles, CA 90044 | BY: |
| Fax: | |
| In Pro Per | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, AN INDIVIDUAL<br><br>Plaintiff<br>v.<br>CASA RIO'S RESTAURANT, a business of unknown form; ~~LEON E. VALDRY sole Trustee~~ THE LEON VALDRY TRUST  Defendant(s). | CASE NUMBER:<br><br>CASE NO. 2:18-cv-03623-FMO-JPR<br><br>REQUEST FOR DISMISSAL<br>OF ENTIRE ACTION<br><br>(Enter document title in the space provided above) |

Defendant, LEON E. VALDRY, represents to the court ~~that Defendant is not a proper party in this matter and based thereon, Defendant respectfully request that Defendant be dismissed as a party in this action.~~

Executed this 30th day of August, 2018

                                    LEON E, VALDRY, Defendant in pro per

## VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF** _____

I have read the foregoing _____
_____ and know its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____,
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____, at _____, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____       _____
Type or Print Name                                                  Signature

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF** Los Angeles

I am employed in the county of Los Angeles _____, State of California.
I am over the age of 18 and not a party to the within action; my business address is: 171 No. LaBrea, #103, Inglewood, CA 90301

On, 8-30=18 _____ I served the foregoing document described as REQUEST FOR DISMISSAL OF ENTIRE ACTION

_____ on ATTORNEY FOR PLAINTIFF _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

MANNING LAW APC
4667 MACaRTHUR Bl. #150
Newport Beach, CA 92660

☒ **BY MAIL**

☒ *I deposited such envelope in the mail at Inglewood, _____, California.
The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Inglewood, _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on _____, at _____, California.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.
Executed on _____, at _____, California.

☒ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☐ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

LOLA BATEMAN _____       *(signature)* Lola Bates
Type or Print Name                                                  Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal Solutions Plus      Rev. 7/99